1  LAW OFFICES OF BUCHSBAUM & HAAG, LLP
   BRENT S. BUCHSBAUM, CSBN: 194816
2  *brent@buchsbaumhaag.com*
   LAUREL N. HAAG, CSBN: 211279
3  *laurel@buchsbaumhaag.com*
   100 Oceangate, Suite 1200
4  Long Beach, California 90802
   Telephone: (562)733-2498; Fax: (562)628-5501
5
   Attorneys for Plaintiff, A'LANNA LEWIS
6

7                  UNITED STATES DISTRICT COURT

8        CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

9

10 | A'LANNA LEWIS, an individual, | Case No.: 5:21-cv02093-MEMF-KK |
|---|---|
11 | Plaintiff, | |
12 | vs. | *Honorable Maame Ewusi-Mensah Frimpong Ctrm 8B* |
13 | UNITED PARCEL SERVICE, INC., a Corporation; and DOES 1-10, Inclusive, | **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ENTIRE ACTION PURSUANT TO FRCP, RULE 41 (a)(1)** |
14 | | |
15 | Defendants. | |
16 | | |
17 | | |
18 | | Action Filed:   12/06/21 |
19 | | |

20

21

22

23

24

25

26

27

28

JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION

BUCHSBAUM & HAAG, LLP
100 OEANGATE, SUITE 1200
LONG BEACH, CALIFORNIA 90802

1    **IT IS HEREBY STIPULATED**, by and between the parties hereto,

2    through their respective counsel of record, that the action in its entirety, shall be

3    dismissed with prejudice pursuant to the Federal Rules of Civil Procedure, Rule

4    41 (a)(1). The parties shall respectively bear their own attorney fees and costs.

5

6

7    Dated:   September 19, 2022        LAW OFFICES OF BUCHSBAUM & HAAG
                                        A Limited Liability Partnership
8

9                                              */s/ Brent S. Buchsbaum*

10

11                                      By_____
                                        Brent S. Buchsbaum, Attorneys for Plaintiff
12                                      A'LANNA LEWIS

13

14   Dated:   September 19, 2022        DINSMORE & SHOHL, LLP

15

16

17                                             */s/ Robert D. Prine*
                                        By_____
18                                      Robert D. Prine, Attorneys for Defendant
                                        UNITED PARCEL SERVICE, INC.
19

20

21

22

23

24

25

26

27

28

BUCHSBAUM & HAAG, LLP<br>100 OEANGATE, SUITE 1200<br>LONG BEACH, CALIFORNIA 90802

JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION

## ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4

This certifies, pursuant to Local Rule 5-4.3.4, that all signatories to this

document concur in its content and have authorized this filing.

Dated:   September 19, 2022      LAW OFFICES OF BUCHSBAUM & HAAG
A Limited Liability Partnership


*/s/ Brent S. Buchsbaum*


By_____
Brent S. Buchsbaum, Attorneys for Plaintiff
A'LANNA LEWIS

BUCHSBAUM & HAAG, LLP
100 OEANGATE, SUITE 1200
LONG BEACH, CALIFORNIA 90802

JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION